PEOPLE ex rel. CHARLES H. WILLSON, Appellant, *v.* THE BOARD OF TRUSTEES OF THE VILLAGE OF MOUNT VERNON, Respondent.

(Submitted October 5, 1891; decided October 20, 1891.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made the second Monday of February, 1891, which reversed an order of Special Term, granting a motion by the relator for a peremptory writ of mandamus.

*Close & Robertson* for appellant.

*Norman A. Lawlor* for respondent.
SICKELS—VOL. LXXXIII.    83

Agree to affirm; no opinion.
All concur.
Order affirmed.